**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**


Civil Action No. 12-cv-03006-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)


JEREMY PINSON,

      Applicant,

v.

DAVID BERKABILE, Warden,

      Respondent.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

      Applicant, Jeremy Pinson, is a federal prisoner housed in the State of Colorado.

Mr. Pinson has submitted an Application for a Writ of Habeas Corpus Pursuant to 28

U.S.C. § 2241.

      As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has

determined that the submitted documents are deficient as described in this Order.  Mr.

Pinson will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Mr. Pinson files in response to this Order must include the civil action

number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u>X</u>    is not submitted
(2)   <u>  </u>    is missing affidavit

(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   <u>X</u>   is missing certified statement showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or habeas application
(9)   __   An original and a copy have not been received by the court. Only an original has been received.
(10)   <u>X</u>   other: Applicant must pay the $5.00 filing fee if he does not request to proceed pursuant to 28 U.S.C. § 1915.

**Complaint, Petition or Application**:
(11)   __   is not submitted
(12)   __   is not on proper form (must use the court's current form)
(13)   __   is missing an original signature by the prisoner
(14)   __   is missing page nos. ___
(15)   __   uses et al. instead of listing all parties in caption
(16)   __   An original and a copy have not been received by the court. Only an original has been received.
(17)   __   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)   __   names in caption do not match names in text
(19)   __   other:

Accordingly, it is

ORDERED that Mr. Pinson cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Pinson files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Pinson shall obtain the Court-approved form used in filing a 28 U.S.C. § 1915 Motion, if necessary, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Mr. Pinson fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 16th day of November, 2012.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge